## WOODSON v. STATE.
### No. 13812.

Court of Criminal Appeals of Texas.
Oct. 29, 1930.

S. O. Lovejoy, of Houston, for appellant.

O'Brien Stevens, Crim. Dist. Atty., of Houston, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

MARTIN, J.

Offense, felony theft; penalty, two years in the penitentiary.

The record is without any statement of facts or bill of exception, and presents nothing for review.

Affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

HAWKINS, J., absent.